# Exhibit 5



Meister Seelig & Fein PLLC

Kevin M. Hutzel
Direct (646) 273-8208
Fax (212) 655-3535
kmh@msf-law.com

May 7, 2025

*via FedEx and E-mail: david.barker@equiniti.com and keith.morales@equiniti.com*

Equiniti Trust Company, LLC
6201 15th Avenue
Brooklyn, NY 11219
Attn: Corporate Actions

*Re:*     *January 10, 2025 Escrow Services Agreement*

Dear David and Keith:

We write to you on behalf of our client, Agenus, Inc. ("Depositor") in connection with the January 10, 2025, Escrow Services Agreement (the "Escrow Agreement") executed by my client, Medpace, Inc. ("Recipient") and Equiniti Trust Company, LLC as the Escrow Agent ("Escrow Agent").

It is our understanding that as of May 7, 2025, at 12:23pm ET, the Escrow Agent issued shares into the name of Recipient which will be finalized by tomorrow. Please allow this letter to serve as a formal objection to the issuance of shares to Recipient and to the May 6, 2025, letter transmitted by Recipient to Escrow Agent ("May 6 Written Direction Letter"). Pursuant to Section 5 of the Escrow Agreement, my client hereby invokes their right to dispute the issuance of shares for multiple reasons. The May 6 Written Direction Letter asserts in improper amount owed to Recipient and therefore the Escrow Agent shall suspend the performance of any of its obligations until this dispute is resolved. Additionally, Recipient is currently holding approximately $1,500,000.00 US Dollars that was transferred by Depositor, which should be applied to the amount agreed upon pursuant to a separate agreement. For these reasons, we request Escrow Agent to freeze the issuance of shares until this dispute is resolved in accordance with the Escrow Agreement. Please be advised that the Depositor reserves all rights against Recipient and Escrow Agent in the event shares are issued in breach of the Escrow Agreement.

All rights reserved.

Very truly yours,

Kevin M. Hutzel