UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
MEDPACE, INC., :
:
Plaintiff, :
:
-v- : 25-CV-4179 (JMF)
:
AGENUS INC. et al., : ORDER
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    On May 21, 2025, the Court ordered Plaintiff Medpace, Inc. to amend its Complaint "to affirmatively allege the citizenship of each constituent person or entity comprising the Defendant Equiniti as well as the citizenship of all individual parties." ECF No. 8. Although Plaintiff filed an Amended Complaint on May 23, 2025, ECF No. 10 ("Am. Compl."), the amended allegations remain inadequate to invoke this Court's subject matter jurisdiction under 28 U.S.C. § 1332.

    Specifically, Plaintiff's Amended Complaint alleges that two members of Defendant Equiniti Trust Company, LLC ("Equiniti") are limited liability companies ("LLCs") — Armor Holding II LLC and Armor Intermediate Company LLC — but neglects to allege the citizenship of any of members of *these* LLC members. Am. Compl. ¶ 3. As specified in the Court's May 21, 2025 Order, Plaintiff must allege the allege the citizenships of any corporate entities that are members of Equiniti, "including the citizenship of any members of [Equiniti] that are themselves LLCs." ECF No. 8; *see also Wheels Up Partners LLC v. Exclusive Jets, LLC*, No. 23-cv-08077 (VSB), 2025 WL 950805, at *2 (S.D.N.Y. Mar. 28, 2025) ("The citizenship of the members of an LLC is traced all the way through — that is, when a member of an LLC is itself an LLC, the citizenship of the members of that LLC are relevant for diversity purposes, and so on.").

    As a courtesy, the Court will provide **one final opportunity** for Plaintiff to amend to adequately establish complete diversity of citizenship. If, by **May 30, 2025**, Plaintiff is unable to do so, then the Amended Complaint will be dismissed for lack of subject matter jurisdiction without further notice to either party.

    SO ORDERED.

Dated: May 27, 2025  
       New York, New York                               _____  
                                                                     JESSE M. FURMAN  
                                                                United States District Judge