

<div align="right">

Kevin M. Hutzel
Associate
Direct (646) 273-8208
Fax 212-655-3535
kmh@msf-law.com

</div>

<div align="center">June 27, 2025</div>

**Via ECF**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 2202
New York, NY 10007

  Re: *Medpace, Inc. v. Agenus Inc, et al.*
    Case No. 1:25-cv-04179
    Letter Motion for Extension of Time
    <u>For Defendant Agenus Inc. to Respond to Complaint</u>

Dear Judge Furman:

  We represent Defendant Agenus Inc. ("Agenus") in the above-referenced action. We write, with the consent of counsel for Plaintiff Medpace, Inc., to request an extension of time, until July 30, 2025, for Agenus to respond to the Complaint filed by Plaintiff in this action. The reason for the request is to allow the parties to continue settlement negotiations with the prospect of Agenus' financial position improving within the next 30 days.

  The current deadline for Agenus to respond to the Complaint herein is June 30, 2025. There have been no previous requests submitted to your Honor to extend Agenus' time to respond to the Complaint. The first appearance for this matter is scheduled for August 28, 2025, there are no other deadlines at issue.

  In light of the foregoing, we respectfully request that Agenus' time to answer, move or otherwise respond with respect to the Complaint be extended to July 30, 2025.

<div align="center" style="margin-left:40%">

Respectfully submitted,

/s/ Kevin Hutzel_____
Kevn M. Hutzel, Esq.

</div>

cc: All Attorneys of Record via ECF