UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                     :

MEDPACE, INC.,                                             :

                                           Plaintiff,                   :

                -v-                                          :                25-CV-4179 (JMF)

                                                     :

AGENUS INC. et al.,                                        :                <u>ORDER</u>

                                   Defendants.               :

                                                               :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Defendant Equiniti Trust Company, LLC in this action appears to be in default.  Plaintiff
shall file any motion for default judgment against Defendant Equiniti Trust Company, LLC, in
accordance with the Court's Individual Rules and Practices for Civil Cases (available at
https://nysd.uscourts.gov/hon-jesse-m-furman), **within two weeks of the date of this Order**.
Plaintiff should familiarize itself with Local Civil Rules 55.1 and 55.2, which, along with Rule
55 of the Federal Rules of Civil Procedure and Rule 4(J) of the Court's Individual Rules, govern
default judgment motion practice before this Court.  Per Local Civil Rule 55.2, a party seeking
default judgment must append to the motion a Clerk's Certificate of Default, which may be
obtained by following the procedure described in Local Civil Rule 55.1.  To be clear: Plaintiff
must file its **motion** for default judgment, *not* merely its request for a Clerk's Certificate of
Default, by the above deadline.

       If Plaintiff's counsel submits calculations in support of any motion for default judgment,
Plaintiff's counsel shall also email native versions of the files with the calculations (i.e., versions
of the files in their original format, such as in ".xlsx") to Chambers at Furman_
NYSDChambers@nysd.uscourts.gov.  If or when a motion for default judgment is filed, the
Court will enter a further Order setting a deadline for any opposition and reply and scheduling a
show cause hearing.  If no motion for default judgment is filed by the deadline set forth above,
the case may be dismissed for failure to prosecute without further notice to the parties.

       Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on
Defendant Equiniti Trust Company, LLC **within two business days from the date of this
Order** and shall file proof of such service **within three business days of the date of this Order**.

       SO ORDERED.

Dated: July 31, 2025
       New York, New York                                     _____
                                                          JESSE M. FURMAN
                                                United States District Judge