```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                     :
MEDPACE, INC,                                        :
                                                     :
                                                     :
                      Plaintiff,                     :
                                                     :         25-CV-4179 (JMF)
            -v-                                      :
                                                     :         ORDER
AGENUS INC. et al,                                   :
                                                     :
                      Defendants.                    :
                                                     :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On **September 4, 2025**, Defendant Garo H. Armen was served with the Complaint, and proof of service was filed with the Court. *See* ECF No. 49. To date, Defendant has failed to appear in this action. No later than **October 3, 2025**, Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Defendant or if it has any other reason to believe that Defendant has actual notice of this lawsuit.

Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendant **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

SO ORDERED.

Dated: September 26, 2025
      New York, New York

                                                   JESSE M. FURMAN
                                               United States District Judge